```
Recording Requested by
Private Attorney General

When Recorded Mail to:

Name:  Mary Bochum

Address: c/o P.O. Box 511

Zip : Spring Valley, Ca (91976)
```

FILED
08 JUN -5 PM 4:31

[U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA]

BY: _____ DEPUTY

Space above this line for Recorder

# UNITED STATES DISRICT COURT
## Southern District of California

To:

California Attorney General   Edmond G. Brown Jr.

880 Front St.

San Diego, CA 92101

Mary Bochum

Plaintiff,

vs

Judicial Council of California

US BANK NATIONAL ASSOCIATION TRUSTEE

**NOVASTAR**

'08 CV 1014 L CAB

**CIVIL COMPLAINT**
Alien Tort Claim Act
**Affidavit of information**

**Affidavit of Obligation/ Truth**

**"True Bill in Commerce" By the**

**Petitioner, (Mary Bochum),**

**Creditor/ Lien Claimant**

**Influenced and Corrupt Organizations**

A) Invasions of West's Ann.Cal.Comm. Code/ California  Courts Rule of court 1230(a)(2)Absent of Jurisdiction over Real Parties of Interest the Law of the Nations/ United Nation Protocols: the Universal Declarations of Human Rights,  the International Covenant on Civil and Political Rights,  and United Nations Human Right Committee, also the Universal Declarations of Human Rights,

Criminal/Civil Complaint & Demand for Grand Jury Review

Mix War of the General Pubic at Large - 1 -

(18 United States Code 4 Federal
Rules of Criminal Procedure, Rule 3.
( **Request for a Special Grand Juries Investigations**)

**THIS CRIMINAL COMPLAINT AND AFFIDAVIT OF INFORMATION/ TRUE BILL DOES NOT ARISE FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES IN CLASS ACTION.**

**Affidavit of Information/ Affidavit of Obligation (Affidavit of Truth) Absence of Personal Jurisdiction Absence of Personal Jurisdiction "True Bill in Commerce" in support of a Criminal Complaint.**

I, ( Mary Bochum ), the Complainant/ Affiant in the instant matter, am reporting, by Affidavit of Obligation, and am giving **(Public Caveat Notice, that the General Public Act Large is in Jeopardy , Due to the Outrageous Unethical Business Practice of Insolvent Private Corporation Willful International Covenant on Civil and Political Rights, and United Nations Human Right Committee, also the Universal Declarations of Human Rights, united States of America and all Respondents  listed in below/ Malfeasants should be subjected to this Alien Tort Claim Act**  to the office of the  California Attorney General believed to be the Competent **Authorities to which Knowledge of criminal action should be reported.**  This "True Bill in Commerce" Affidavit of Obligation is pursuant to 18 United States Code Section 4 (18 USC 4), the Federal Rules of Criminal Procedure, Rule 3, Title 18 (18 USC) Section 4 States:

**"Whoever, having knowledge of the Actual commission of a felony cognizable by a court of the United States**, conceals, and does not as soon as possible make known, the same to some Judge or other person in civil or Military authority under the United States, shall be fined not more than $500.00 or imprisoned not more than three years, or both." Federal Rules of Criminal Procedure Rule 3 States: "The complaint is a written statement of the essential fact constituting the offense charged.  It shall be made upon oath, before a magistrate." Pursuant to the Rome Convention, Etc.

**In order for a crime to exist, four elements must exist. First** there must be a clearly defined crime or criminal action. **Second,** there must be a victim. **Third that** the victim must have been damaged or injured, and **fourth**, the criminal intent must be established on the part of the accused. **Without proof of all four elements, no action can be considered criminal.**

In this matter the complainant affiant is the victim, the Commercial Affidavit set the complained issues and this criminal complaint defines the crimes, verifies the actual damages, and the intent was established by proof that the accused/Libel / Harassments/ Domestic Terrorists threats,  Despite of Caveat Notice to cease and Desist ,Etc.

**PARTIES OF INTEREST**

Petitioner at all times mentioned is  Mary Bochum and Associates

Respondent at all times mentioned is Judicial Council of California, superior Court of California, US BANK NATIONAL ASSOCIATION TRUSTEE /NOVASTAR Mortgage INC.

**STATEMENT OF FACTS**

I Mary Bochum Acting Private Attorney General, declare and attest that information mention on how the General Public at large is in Jeopardy due to the Outrageous Unethical Business Practices, the Affirmative Fact by the Respondents Judicial Council of California doing Business under a Fictitious Business , Superior Court of the state of California invasion of both California Court Rule of court 1230(a)(2) Special appearance challenging the court's personal jurisdiction by motion **Special appearance challenging the state court's personal jurisdiction by motion to quash due to the** Absence of Personal Jurisdiction , I Mary Bochum Acting Private Attorney General, further declare and attest a process server attempted to served resident at the address listed in the above, I call to set a motion to quash service , due to the affirmative fact that a Authorized agents did not received nor served the proper party document and the Current Practice of state court Posted Service on the Proper and falsely declared its Service , I fell is in bad faith, and to add insult to injury , I call the clerk of the court to set and order to quash service and I ask why does that action has a seal , she mention it's a unlawful detainer, And I ask is all unlawful detainer are seal , the clerk mention no, only unlawful detainer, and she further mention since I'm one of the does 1-5 I was barred from set a motion to quash, in good faith I exercised my right under legislative Act 28 USC 1446 Section 576 and Removal of said action the United States District Court, and Attempted to set a Motion for Summary Judgment/ order to show cause, due the None Article 3 Court Administrative Magistrate, due to Political Belief in favor of the Predator lenders that contrary to the United States vs Miller Exercised of a Constitutional / Human Right can not be converted into a Crime Remanded back to state court and I Appeal / stay of judgments to the Appellate Court , And three days later the state court clerk forward my un –filed Copies motion to Quash Service to me, and I return back to the sender( The Clerk of the Court) Presumptuously Alleged that the cases has no

been remanded , the Affirmative fact the state court clerk knew or should have know that I had a filed copies of appeal from the United States District Court as Exhibit, and I further has reason to belief the clerk refusal to set my motion is a convention victory in behalf of the Predator Lenders, and I filed this Complaint to the Attorney General and Complaint to the Better Business Bureau against Judicial Council of California who doing business in a Fictitious Names Call Superior Court, and the Ultimate Fact the General Public at Large is in Jeopardy due to the Outrageous Business Practice , state court clerk also knew or should have knew that any controversy that involved real property over $500,000.00 Their must be awarded a Quiet Title Judgments from the United States District Court and these false Claims by Predator Lender US BANK NATIONAL ASSOCIATION TRUSTEE for NOVASTAR Mortgage INC. for the Insolvent Mortgage Lenders falsely declared under the statutes of Fraud , in a Contempt of Court Proceeding that the state Court Controversy is under $10,000.00 to give disclosure Essential fact of Absence of Personal Jurisdiction In California Courts Rule of court 1230(a)(2) **Special** appearance challenging the court's personal jurisdiction by motion to quash / Order to show cause , and that Commissions/ spurious Attempt under the color of office and state law, too have the General public to Answer/ demur or traverse within 5 days, after ignore or willfully failed to show the burden of proof , under title 5 556 (d) By the Governmental Employees , are not in want of jurisdiction despite of Defective Service the was posted and the malfeasant current Practice attempt to request for Writ if Execution, or Enforcement by want of Jurisdictions , writ of Processions, wherefore the state is 100% Without Jurisdictions over Real Living Being, the People ,etc.

      **Domestic Mixed War-** a mixed war is one which is made on one side of Public Authority, and the other by mere private person, (Black's Law Dictionary 5th Ed. Page 1420). War does not exist merely because

of an armed attack by Military forces of another nation until it is a condition recognized or accepted by political authority of Government, which is attacked either through an actual declaration of war or other acts demonstrating such, criminally under Title 18, Section 4, civilly under Title 42, Section 1983, 1985, 1986, position emphasis added: (Sun. V. Sun Life Assure Co. Of Canada, D.C. 57 F Supp. 620, 621)

**Mixed war** is the disintegration of peace: Webster's states: "A **State of hostility, conflict, or antagonism, a struggle between opposing forces**," not necessarily open, violent, armed confrontations, although a continued state of disrupted peace by any forced lead to open armed conflict.

Malfeasance of office by such wrongful action, these individuals have acted with malfeasance under the Colour of office and International law , Mental state was to cause willful and deliberate  injuries and harm, by breach of Agreement  Misrepresentation & conspiracy in avoidance of given Consideration ,Etc.

In addition to and along with the above cited Damages cause by Human Right Violations, the accuser's acting in concert with such so Complete such acts as listed as follows:

**Obstructing enforcement** (a) whoever holds, or returns any person to a condition of Restraint with the intent of placing him or returning him to a condition/ violation of civil/ human rights shall be fined under Title or Imprisoned not more than 10 years or both. (b) Whoever obstruct, or in any way interfere with, or prevent the enforcement of this section shall be liable to penalties prescribed in

subsection (a) Source (June 25, 1948) ch. 645, 62 Stat. 772 Pub. 1-103-322, Title xxxiii sec 330016 (1) R) Sept. 13 1994 108 stat. 2147. Pub. 104-208 Div. Title 2 Sec 218 (a) Sept. 1996. 100 Stat. 3009 J 73.

**Fraud- Misrepresentation**

Permitting shown and demonstrated Acts under the Status of fraud and Actively participating in a scheming conspiracy of untruths and misrepresentation to deceived the Public at Large and those who entrusted themselves in dealing in good faith, while specifically acting **in deliberate bad faith within such fraud was shown** (Cal. Penal Code sec. 532 18 USC 1001).

**Conspiracy-**

A confederation of two or more individuals who may not know each other but by their joint effort, commit some unlawful or criminal act.(Black's Law Dictionary). Multiple officials, agents, and other persons named properly noticed by the attached commercial affidavit Racketeering.

Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but is not limited to an **act or threat , Fraud** , kid napping, gambling, arson, **and as in the instant case,** robbery, bribery, extortion, murder, **misrepresentation,** etc..

The explanation of crimes Element, Human Rights Violation, mention in the above stem from other hidden Silent / Secret Conspiracy , being forced upon the general public at large/ the People of this California Republic and the International Communities. Such Crimes and this Affidavit of Information, is registered in the overall context of the Bankruptcy of the United States the, District of Columbia) as per Jurisdiction set forth In the U.S. Constitution Article 1, section 8, clause 17, and 18 and Article 4, Section 3, clause 2) the United States Bankruptcy is a direct result of the Federal Reserve act of Dec. 22, 1913, in which the delegated authority of Congress to be Responsible for the Nation's currency was unconstitutional and was clearly reiterated on march 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House, it is recorded in the United States Congressional Record, Wednesday, March 17, 1993, vol. 33 page HI303:

"Mr. Speaker, we are here now in chapter 11, member of congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history.  The U.S. Government," he further mentioned, "the U.S. attorney general the "permanent member" to the Secretariat of the Interpol operation and the Secretary of the Treasury , the "alternate permanent member" under article 30 of the constitution , and regulation of Interpol 22 USC 263 (a), **the agents are required to renounce their allegiance to their respective countries and expatriate consequently, all "public servant" official, Congressmen, politician, Judges, attorney, law enforcement personnel,**

the states and their various agencies are express agents of the foreign principal. Private Municipal Corporation in behalf of the United States A) A Federal Corporation title 28 U.S.C. Section 300(5) chapter 176 mentions in the United States is a Corporation 534 federal supplement 724.

This Enterprise should be subject to 28 USC sec 4 of the commission of crimes cognizable by a court of the United States. Title 18 USC sec 513 mentions: "Whoever makes, utters, or possesses a counterfeited security of **a State or political subdivision thereof or of an organization,** or whoever makes, utters, or possesses a forged security of a state or political subdivision thereof, organization **with intent to deceive another person, organization, or government shall be fined not more** than $250,000 or imprisoned not more than ten (10) years or both." Among securities defined at

18 USC sec 2311 is included: **"evidence" of indebtedness, which in a broad sense may mean anything that is due and owing, which would include a PROFORMANCE** /DUTY, OBLIGATION, OR   RIGHT OF ACTION.


**Letter-Rogatory/ Waiver of Contractual Right of Implied Contracts, agreement Between the Parties**

**Caveat Notice:** provisions of this Implied agreement between the Parties, shall not be construed as a waiver or limitation of that Secure Party's right agreement. I,(Mary Bochum), shall not be deemed to have waived right under this agreement unless such waiver is given in writing and signed by All Right Reserved Waiver ,None Ever  No delay or omission on the part of the Secure Party's Mary Bochum in exercising a right shall operate as waiver of such right or any other right. A waiver by the  Secure Party's Mary Bochum of a provision of this agreement shall not

1  prejudice or constitute a waiver of the Secured Party's Mary Bochum at all time
2  mention has the right otherwise to demand strict compliance with that provision or any
3  other provision of this agreement. No prior waiver by (Mary Bochum) nor any course of
4  dealing between (Mary Bochum), and the Debtor the Judicial Council of California,
5  superior Court of California, US BANK NATIONAL ASSOCIATION TRUSTEE /NOVASTAR Mortgage
6  INC. and Associates/ Malfeasant's shall constitute a waiver if Default for failure to
7  Cure All Human Rights Violation of the Secure Party within time specified , said
8  Breach of Duty , Forfeitures of All Respondents/ Debtor are obligations under this
9  agreement as to future Transactions, Pursuant to the Guideline of Article 9 of the
10 Uniform Commercial Code / United Nation Geneva Convention , The Rome Convention,
11 Title 11 Adversary Proceeding according to Bankruptcy Code , further Waiver of
12 Rights Waiver of Rights to 101(5) of the Bankruptcy Code, and section 54-70 Right
13 to Payment , Waiver also includes Section 2242 / Section 2244 / Section 2246-50
14 provide that property shall be used to satisfy those creditors who have a lien against
15 the Property , and that the lien-holder shall be paid ,whether reduce to Judgment ,
16 Liquidated, fixed contingent, secure or unsecured; or right to equitable remedy for
17 breach of performance is subjected to the Remedies under the guideline of Article 9 of
18 the Uniform Commercial Code , further agreement between the Parties, waiver to the
19 Insolvency Act/ the Secure Party /Lien Claimant who has a lien against said property
20 , and the lien holder shall be paid pro rata if the value of the property is
21 insufficient to pay all lien holders in full, whenever the consent of is required
22 under this Agreement, the granting of such consent by the secure party in one instance
23 shall not constitute consent over the whole.

UNITED NATIONS RESOLUTION #26

# The Universal Bill of Rights
A resolution to improve worldwide human and civil rights.

**Description:** Recalling the many egregious infringements of human rights,

Recognizing the need to protect basic human rights,

Criminal/Civil Complaint & Demand for Grand Jury Review

Mix War of the General Pubic at Large - 10 -

Deploring any acts by government at the sake of human rights,

Determined to put an end to the violation of human rights,

The United Nations shall endorse what will be called the Universal Bill of Rights, the articles of which are as follows:

Article 1 -- All human beings have the right to choose worship any faith, and to change their religious beliefs at any time without punishment on the part of the state.

Article 2 -- All human beings have the right to express themselves through speech and through the media without any interference.

Article 3 -- All human beings have the right to peacefully assemble.

**Article 4 -- All human beings have the right to be treated equally under the law of any member nation**

UNITED NATIONS RESOLUTION #53

## Universal Freedom of Choice

A resolution to improve worldwide human and civil rights.

**Description:** Aware that sometimes, all choices we face are an illusion, but nonetheless strongly believing that as humans, we are entitled to make them ourselves,

Reiterating that freedom of choice is a defining element of our very humanity and the inalienable right of all humanity,

Alarmed that there are those among us who seek to limit our ability to choose, including but not limited to political, educational and consumer choice,

Further alarmed that individuals can be influenced and their ability to decide limited through

cultural conditioning,

**Deeply disturbed that** the practice of subliminal advertising appears to erode the **fundamental human trait of free will,**

Noting with concern that in the wider world, the populations of entire nations repeat non sequesters issued by the State and remain in profound ignorance of the world around them,

Recalling the Resolution "Universal Bill of Rights" and Articles 1, 2 and 3 in particular,

Approving of past Resolutions restricting personal freedoms in the interests of moral decency,

Stressing that humanity has an innate curiosity about the world, and welcoming all efforts to permit this curiosity to reach its full potential,

1) **Urges all members of the United Nations to recognize that a populace granted the freedom to make choices in life is a happier, more content and more productive society;**

2) Strongly encourages leaders to imagine how different the world could be, if from an early age, people were free to exercise genuine choice in what they read, watched and learnt;

3) Recognizes that the most basic human characteristic is that of curiosity - the ability to wonder, ask questions, and seek answers, and affirms its belief that no State should limit its people's freedom to do this;

4) Expresses its conviction that individuals should not be judged by society for the decisions they make, provided these decisions meet the condition set in Clause 5a of this document;

5) Declares and enshrines in law the freedom of all people to make choices according to their own conscience, particularly with regard to their philosophy of life, social/cultural development and awareness of the world, without unreasonable interference from the State, subject to the following limitations:

a) The decisions taken do not directly inflict physical harm on the individual making them or physical or psychological harm on others; where this is the case, normal criminal law of the country in question applies,

b) The legal guardian of any minor or physically or mentally incapable individual, the latter as defined in the Resolution "Fair Treatment of Mentally-Ill", remains responsible to make informed choices and decisions on their behalf, in accordance with any applicable rights and health and safety legislation laid down by the State,

**c) The right to choose with regard to services** only extends to existing services, and does not mandate the creation of private health and education sectors in nations where provision of public services is a State monopoly, while the right of the State to later deregulate nationalized services, or choose not to do so, remains unaffected;

6) Declares a moratorium on the use of subliminal advertising pending independent internationally-coordinated research into its effects on the capacity of individuals and wider society to make rational decisions.

**UCC 3-103 fraud, misrepresentation, duress, Estoppels, Bankruptcy, principal and agent law of contract.**

UCC 3-103. Duty to act in good faith requires honesty not dishonest/ reasonable Commercial Standard of fair Dealing.

UCC 403. Filing Public Record or upon Acceptance by Filing offer.

UCC 1-201 (11) **offer/ consideration/ Acceptance**

UCC 1-105 Territorial, Application of the act, practice, Power to choose, Application Law, choose law, conflict of Law.

**Acceptance for Value of Alien Tort Claim Act of Malfeasants**

**Payment of Five Hundred Million, Lawful Money U.S. $500,000,000.00**

**Or Partial Assignment of $ 100,000.00 Per day**

| Nature of Crime | Damage Penalty | Authority of Damage |
|---|---|---|
| Invasion of International Protocols | $100,000.0 | 18USC 1001 |
| Under the Status of fraud/ 3 counts theft of exemption | $500,000.00 | $ 18 USC 872 |

```
from count 4 (felony) (18USC 2112) no       $250,000.00        $18USC
                                                               3571, 3623
 Conspiracy, Libel, Slanders                $100,000.00        $18USC,
                                                               241
Racketeering (Criminal)                     $250,000.00        $18USC,
 /Misrepresentations                                           1963
                                    $250,000.00 per day        $18 USC 872
```

See attachment: **Bill of Exchange** upon default

Subtotal amount, see Attachment (A)

Racketeering (Civil Value) Whatever the actual damages are, that can be proven, multiplied by 3, triple the damages.

$10,000.00 x 3 = $ 18 USC, 1964

10 Human /Constitutional Violations

(Human Rights violation)                $ 100,250,000.00

from count     5                        $ see attachment

Partial Assignment   table total        $ 100,000,000.00

Racketeering civil penalties            $ upon default, see exhibit
                                        of Bill of Exchange for said amount of
                                        Tem  Million Dollars.

Mary Bochum), attest and affirm that the above information mentioned in this affidavit of truth is True and correct to the best of my knowledge and belief of Events that has taken Places on or around May. 2008 anything mention in the Affirmative should be view as true and correct also   Caveat Notice , of Delegation of Authority  within 7 days , to the Private Attorney General to Prosecute , this Alien Tort Claim Act in behalf of Foreign National/ General Public at Large

in Rome According to the Rome Convention of the Alien Tort Claim Act, Or can please give me your legal Authority, if you choose not to prosecute, why each member doesn't fall in the realm of criminal prosecution of this Alien Tort Claim Act for Human Right violations of the United Nation International Protocols, Resolutions **the International Covenant on Civil and Political Rights, Article , and United Nations Human Right Committee,** also the Universal **Declarations of Human Rights, Vienna Conventions and the Protocol to aid National who in Distress in or outside Sovereign Territory,** mentioned in the above.

                          Henceforth Submitted

*Mary Bochum*

            Mary Bochum Acting Private Attorney General

            UCC-1 207.7 "Without Prejudice"

**CIVIL COVER SHEET**

(Rev. 07/89)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

FILED
08 JUN -5 PM 4:31

**I. (a) PLAINTIFFS**
MARY BOCHUM
640 Pyramid St
San Diego, CA 92114

**DEFENDANTS**
Judicial Council of California
303 Second St.
San Francisco, CA 94107

BY: _____ DEPUTY

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  SAN DIEGO
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE RACE OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
MARY BOCHUM
640 Pyramid St.
SAN DIEGO, CA 92114

ATTORNEYS (IF KNOWN)
SAME

**08 CV 1014 L CAB**

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated or Principal Place of Business in This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business in Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

**IV. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

18 USC Code 4 R.C.P. Rule 3

**V. NATURE OF SUIT** (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionment |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury—Med Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 491 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability / [ ] 365 Personal Injury— | [ ] 625 Drug Related Seizure of Property 21 USC 881 | | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / PRODUCT LIABILITY | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rates/etc. |
| [ ] 150 Recovery of Overpayment Enforcement of Judgment | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 340 Marine / PERSONAL PROPERTY | [ ] 650 Airline Regs | [ ] 830 Patent | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 345 Marine Product Liability / [ ] 370 Other Fraud | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
| | / [ ] 371 Truth in Lending | [ ] 690 Other | | [ ] 850 Securities/Commodities/Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | [ ] 875 Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 385 Property Damage Product Liability | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract | [ ] 360 Other Personal Injury | [ ] 720 Labor/Mgmt. Relations | [ ] 862 Black Lung (923) | [ ] 892 Economic Stabilization Act |
| [ ] 195 Contract Product Liability | | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 863 DIWC/DIWW (405(g)) | |
| | | | [ ] 864 SSID Title XVI | [ ] 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 865 RSI (405(g)) | [ ] 894 Energy Allocation Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence Habeas Corpus: | FEDERAL TAX SUITS | [ ] 895 Freedom of Information Act |
| [ ] 220 Foreclosure | [ ] 442 Employment | [ ] 530 General | [ ] 740 Railway Labor Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/Accommodations | [ ] 535 Death Penalty | [ ] 790 Other Labor Litigation | [ ] 900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ] 240 Torts to Land | [ ] 444 Welfare | [ ] 540 Mandamus & Other | [ ] 791 Empl. Ret. Inc. Security Act | [ ] 871 IRS—Third Party 26 USC 7609 |
| [ ] 245 Tort Product Liability | [ ] 440 Other Civil Rights | [x] 550 Other | | [ ] 950 Constitutionality of State Statutes |
| [ ] 290 All Other Real Property | | | | [ ] 890 Other Statutory Actions |

**VI. ORIGIN** (PLACE AN x IN ONE BOX ONLY)
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**
CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
Check YES only if demanded in complaint:
JURY DEMAND: [x] YES [ ] NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD  Mary Boch___

UNITED STATES DISTRICT COURT


CR