# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Mary Bochum

V.

Judicial Council of California; US Bank National Association Trustee; Novastar

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:    08-CV-1014-L (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: This action is DISMISSED WITH PREJUDICE for failure to state a claim under Rule 12(b)(6).

| July 24, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ M. Jenkins
(By) M. Jenkins, Deputy Clerk

ENTERED ON July 24, 2008

08-CV-1014-L (CAB)